JOANNA PARNES, State Bar No. 278974
BAY AREA LEGAL AID
1735 Telegraph Ave.
Oakland, CA 94612
jparnes@baylegal.org
Phone: (510) 663-4744 x5214
Fax:    (510) 663-4740

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN HURTADO,<br>　　　Plaintiff,<br>　　v.<br><br>Nancy A. Berryhill,[1]<br>Acting Commissioner of Social Security,<br><br>　　　Defendant | CIVIL NO. 3:16-cv-05608-JST<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR FIRST EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT OR REMAND |

　　　The parties hereto, by and through their undersigned attorneys, hereby stipulate that Plaintiff, Jonathan Hurtado, shall have an additional thirty-five days, until April 4, 2017, in which to file and serve a motion for summary judgment or remand in this action. This is the first stipulation for extended time requested by Plaintiff in this matter and is necessary to allow Plaintiff sufficient time to review the record and draft the motion.

　　　The parties further stipulate that the Court's Procedural Order for Social Security Review Actions shall be modified accordingly.

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

Dated:  February 22, 2017      By: ____/s/_____

Joanna Parnes

Attorney for Plaintiff

Dated:  February 22, 2017      By: __/s___ (as authorized via email)

Jeffrey Chen

Special Assistant United States Attorney

[PROPOSED] ORDER:

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

Dated: February 23, 2017   By: _____

Hon. Jon S. Tigar

2

STIPULATION AND PROPOSED ORDER FOR FIRST EXTENSION OF TIME FOR FILING MOTION FOR SUMMARY JUDGMENT OR REMAND - 3:16-cv-5608