1  BRIAN J. STRETCH, CSBN 163973
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  MICHAEL K. MARRIOTT, CSBN 280890
   Special Assistant United States Attorney
5         160 Spear Street, Suite 800
6         San Francisco, California 94105
          Telephone: (415) 977-8985
7         Facsimile: (415) 744-0134
          E-Mail: Michael.Marriott@ssa.gov
8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN HURTADO, | ) Civil No. 3:16-cv-05608-JST |
| | ) |
| Plaintiff, | ) **STIPULATION AND ~~PROPOSED~~ ORDER** |
| | ) **FOR A FIRST EXTENSION OF TIME** |
| v. | ) **FOR DEFENDANT TO FILE HER** |
| | ) **MOTION FOR SUMMARY JUDGMENT** |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment. Defendant respectfully requests this additional time because of a very heavy workload, including an upcoming Ninth Circuit answering brief that must be completed within the next two weeks, as well as four other District Court matters.

Stipulation to Extend Def.'s MSJ

1

| | |
|---|---|
| 1 | The new due date for Defendant's motion for summary judgment will be Friday, June 2, |
| 2 | 2017. |
| 3 | |
| 4 | Respectfully submitted, |
| 5 | |
| 6 | Date: *May 4, 2017*    By:    */s/ Joanna H. Parnes\** |
|   | JOANNA H. PARNES |
| 7 | *\* By email authorization on April 27, 2017* |
|   | Attorney for Plaintiff |

Date: *May 4, 2017*    BRIAN J. STRETCH
United States Attorney

By:    */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED:  May 5, 2017

_____
HONORABLE JON S. TIGAR
UNITED STATES MAGISTRATE JUDGE

Stipulation to Extend Def.'s MSJ

2