1  BRIAN J. STRETCH, CSBN 163973
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  MICHAEL K. MARRIOTT, CSBN 280890
   Special Assistant United States Attorney
5       160 Spear Street, Suite 800
6       San Francisco, California 94105
        Telephone: (415) 977-8985
7       Facsimile: (415) 744-0134
        E-Mail: Michael.Marriott@ssa.gov
8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN HURTADO, | Civil No. 3:16-cv-05608-JST |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER FOR A THIRD EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a third extension of time of 1 days to file her motion for summary judgment. Defendant respectfully requests this additional time to complete the pending MSJ because the undersigned became ill on Thursday and required a sick day Friday, resulting in the inability to complete this MSJ by today.

Stipulation to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Monday, June 19, 2017.

Respectfully submitted,

Date: June 16, 2017    By:    /s/ Joanna H. Parnes*
                              JOANNA H. PARNES
                              * By email authorization on June 16, 2017
                              Attorney for Plaintiff

Date: June 16, 2017           BRIAN J. STRETCH
                              United States Attorney

                       By:    /s/ Michael K. Marriott
                              MICHAEL K. MARRIOTT
                              Special Assistant United States Attorney
                              Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: June 19, 2017

HONORABLE JON S. TIGAR
UNITED STATES ~~MAGISTRATE~~ JUDGE

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

Stipulation to Extend Def.'s MSJ

2