JOANNA PARNES, State Bar No. 278974
BAY AREA LEGAL AID
1735 Telegraph Ave.
Oakland, CA 94612
jparnes@baylegal.org
Phone: (510) 663-4744 x5214
Fax: (510) 663-4740

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN HURTADO,<br>　　　Plaintiff,<br>　v.<br><br>Nancy A. Berryhill,<br>Acting Commissioner of Social Security,<br><br>　　　Defendant | CIVIL NO. 3:16-cv-05608-JST<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR SECOND EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |

　　　The parties hereto, by and through their undersigned attorneys, hereby stipulate that Plaintiff, Jonathan Hurtado, shall have an additional seven days, until August 14, 2017, in which to file and serve a reply brief in this action. This is the second stipulation for extended time requested by Plaintiff for this reply brief and is necessary due to scheduled travel and high workload demands.

　　　The parties further stipulate that the Court's Procedural Order for Social Security Review Actions shall be modified accordingly.

　　　Dated: August 2, 2017　　　　　By:____/s/_____

　　　　　　　　　　　　　　　　　　Joanna Parnes

　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1

STIPULATION AND ~~PROPOSED~~ ORDER FOR SECOND EXTENSION OF TIME FOR
FILING PLAINTIFF'S REPLY BRIEF - 3:16-cv-5608

Dated: August 2, 2017         By: __/s___ (as authorized via email)
                              Jeffrey Chen
                              Special Assistant United States Attorney

[PROPOSED] ORDER:

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

Dated: August 3, 2017         By: _____
                              Hon. Jon S. Tigar